Bruno Unemployment Compensation Case.

Argued September 16, 1965. *Jennie C. Bruno,* claimant, appellant, in propria persona; *Sydney Reuben,* As-

sistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.